TROUTMAN PEPPER HAMILTON SANDERS LLP
Kevin Kieffer
Nevada State Bar No. 7045
5 Park Plaza, Suite 1400
Irvine, CA 92614
Telephone: (949) 622-2708
Facsimile: (949) 769-2056
Email: Kevin.Kieffer@troutman.com
*Attorney for Defendant PHH Mortgage Corporation*

Gary E. Schnitzer
Nevada Bar Number 395
KRAVITZ, SCHNITZER & JOHNSON
gschnitzer@ksjattorneys.com
8985 S. Eastern Avenue, Suite 200,
Las Vegas, NV 89123
Telephone: (702) 222-4142
Facsimile: (702) 362-2203
Email: gschnitzer@ksjattorneys.com
*Designated Attorney pursuant to LR IA 11-1(b)(2) for*
*Defendant PHH Mortgage Corporation*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL L. TRIGG,<br><br>          Plaintiff,<br><br>v.<br><br>BBVA USA BANCSHARES, INC.; PHH MORTGAGE CORPORATION; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION LLC,<br><br>          Defendants. | Civil No. 2:20-cv-01371-JAD-EJY<br><br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD**<br>**(First Request)** |

          Pursuant to Local Rule IA 6-1 of the United States District Court for the District of

Nevada, Defendant PHH Mortgage Corporation ("Defendant") and Plaintiff Michael L. Trigg

("Plaintiff"), by and through his respective counsel, (collectively the "Parties") hereby stipulate as

follows:

1.      Plaintiff filed his Complaint on July 24, 2020;

2.      Defendant was served with the Complaint on July 28, 2020;

3.      Defendant's deadline to answer or respond to Plaintiff's Complaint is August 18, 2020;

4.      Defendant has requested, and Plaintiff has consented to, an additional thirty (30) days for Defendant to file an Answer or otherwise respond to the Complaint;

5.      An additional thirty (30) days for Defendant to answer or respond to Plaintiff's Complaint will not alter the date of any event or deadline already fixed by the Court or prejudice any party;

6.      Good cause exists to grant the stipulation as the additional thirty (30) days are needed to allow Defendant to complete its investigation of Plaintiff's allegations, including a review of all relevant documents;

7.      Pursuant to Civil Local Rules 6.2 and 7.1, Plaintiff and Defendant agree that Defendant shall have up to and including September 17, 2020 to file a responsive pleading to Plaintiff's Complaint.

8.      WHEREAS, this is the first request by the Parties seeking such extension;

THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED by and between the Parties as follows:

//

//

//

//

//

//

//

Defendant PHH MORTGAGE CORPORATION shall have up to and including September 17, 2020 to file an Answer or Otherwise Plead to Plaintiff's Complaint.

**IT IS SO STIPULATED.**

Dated this 6th day of August 2020.

| | |
|---|---|
| /s/ Kevin L. Hernandez<br>Kevin L. Hernandez, Esq.<br>Nevada Bar No. 12594<br>LAW OFFICE OF KEVIN L. HERNANDEZ<br>8872 s. Eastern Avenue, Suite 270<br>Las Vegas, NV 89123<br>Telephone: (702) 563-4450<br>Facsimile: (702) 552-0408<br>Email: Kevin@kevinhernandezlaw.com<br>*Attorney for Plaintiff Michael L. Trigg* | /s/ Kevin F. Kieffer<br>Kevin F. Kieffer<br>Nevada Bar No. 7045<br>TROUTMAN    PEPPER    HAMILTON<br>SANDERS LLP<br>5 Park Plaza, Suite 1400<br>Irvine, CA 92614<br>Telephone: (949) 622-2708<br>Facsimile: (949) 769-2056<br>Email: Kevin.Kieffer@troutman.com<br>*Attorney for Defendant PHH Mortgage Corporation*<br><br>/s/ Gary E. Schnitzer<br>Nevada Bar Number 395<br>KRAVITZ, SCHNITZER & JOHNSON<br>gschnitzer@ksjattorneys.com<br>8985 S. Eastern Avenue, Suite 200,<br>Las Vegas, NV 89123<br>Telephone: (702) 222-4142<br>Facsimile: (702) 362-2203<br>Email: gschnitzer@ksjattorneys.com<br>*Designated Attorney pursuant to LR IA 11-1(b)(2) for Defendant PHH Mortgage Corporation* |

**IT IS ORDERED.**

DATED this 6th day of August, 2020.

United States Magistrate Judge