Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL L. TRIGG, an individual;<br><br>Plaintiff;<br><br>v.<br><br>BBVA USA BANCSHARES, INC., a foreign corporation; PHH MORTGAGE CORPORATION, a foreign corporation; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company;<br><br>Defendants. | Case No.: 2:20-cv-01371-JAD-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT BBVA USA BANCSHARES, INC. WITH PREJUDICE** |

Plaintiff, Michael L. Trigg ("Plaintiff"), and Defendant, BBVA USA, erroneously sued as BBVA USA Bancshares, Inc. ("BBVA") (the "Parties") have resolved all claims, disputes, and differences between the Parties.

Therefore, the Parties, by and through their respective attorneys of record, and subject to the Court's approval, respectfully request dismissal of the above-captioned matter with prejudice

///

///

///

///

///

under FRCP 41(a) as to BBVA, with Plaintiff and BBVA bearing their own attorneys' fees and costs incurred in this action.

Respectfully Submitted.

| | |
|---|---|
| Dated: January 6, 2021 | Dated: January 6, 2021 |
| **LAW OFFICE OF KEVIN L. HERNANDEZ** | **AKERMAN LLP** |
| */s/ Kevin L. Hernandez*<br>Kevin L. Hernandez, Esq.<br>Nevada Bar No. 12594<br>8872 S. Eastern Avenue, Suite 270<br>Las Vegas, Nevada 89123<br>kevin@kevinhernandezlaw.com<br>*Attorney for Plaintiff* | */s/ Natalie L. Winslow*<br>Natalie L. Winslow, Esq.<br>Nevada Bar No. 12125<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br>natalie.winslow@akerman.com<br>*Attorneys for Defendant BBVA USA, erroneously sued as BBVA USA Bancshares, Inc.* |
| Dated: January 6, 2021 | Dated: January 6, 2021 |
| **NAYLOR & BRASTER** | **KRAVTIZ, SCHNITZER & JOHNSON** |
| */s/ Andrew J. Sharples*<br>Andrew J. Sharples, Esq.<br>Nevada Bar No. 1866<br>1050 Indigo Drive, Suite 200<br>Las Vegas, NV 89145<br>jbraster@nblawnv.com<br>asharples@nblawnv.com<br>areams@nblawnv.com<br>*Attorneys for Experian Information Solutions, Inc.* | */s/ Gary E. Schnitzer*<br>Gary E. Schnitzer, Esq.<br>Nevada Bar No. 395<br>8985 S. Eastern Avenue, Suite 200<br>Las Vegas, NV 89123<br>gschnitzer@ksjattorneys.com<br>*Attorney for PHH Mortgage Corporation* |
| Dated: January 6, 2021 | Dated: January 6, 2021 |
| **QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C** | **TROUTMAN PEPPER HAMILTON SANDERS LLP** |
| */s/ Jennifer Bergh*<br>Jennifer Bergh, Esq.<br>Nevada Bar No. 14480<br>6900 N. Dallas Parkway, Suite 800<br>Plano, Texas 75024<br>jbergh@qslwm.com<br>etijerina@qslwm.com<br>*Attorneys for Trans Union LLC* | */s/ Kevin F. Kieffer*<br>Kevin F. Kieffer, Esq.<br>Nevada Bar No. 7045<br>5 Park Plaza, Suite 1400<br>Irvine, CA 92614<br>Kevin.kieffer@troutman.com<br>*Attorney for PHH Mortgage Corporation* |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: _____