Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL L. TRIGG, an individual;<br><br>Plaintiff;<br><br>v.<br><br>BBVA USA BANCSHARES, INC., a foreign corporation; PHH MORTGAGE CORPORATION, a foreign corporation; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company;<br><br>Defendants. | Case No.: 2:20-cv-01371-JAD-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT BBVA USA BANCSHARES, INC. WITH PREJUDICE**<br><br>ECF No. 26 |

Plaintiff, Michael L. Trigg ("Plaintiff"), and Defendant, BBVA USA, erroneously sued as BBVA USA Bancshares, Inc. ("BBVA") (the "Parties") have resolved all claims, disputes, and differences between the Parties.

Therefore, the Parties, by and through their respective attorneys of record, and subject to the Court's approval, respectfully request dismissal of the above-captioned matter with prejudice

///

///

///

///

///

under FRCP 41(a) as to BBVA, with Plaintiff and BBVA bearing their own attorneys' fees and costs incurred in this action.

Respectfully Submitted.

Dated: January 6, 2021

**LAW OFFICE OF KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: January 6, 2021

**NAYLOR & BRASTER**

*/s/ Andrew J. Sharples*
Andrew J. Sharples, Esq.
Nevada Bar No. 1866
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
jbraster@nblawnv.com
asharples@nblawnv.com
areams@nblawnv.com
*Attorneys for Experian Information Solutions, Inc.*

Dated: January 6, 2021

**QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C**

*/s/ Jennifer Bergh*
Jennifer Bergh, Esq.
Nevada Bar No. 14480
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
jbergh@qslwm.com
etijerina@qslwm.com
*Attorneys for Trans Union LLC*

Dated: January 6, 2021

**AKERMAN LLP**

*/s/ Natalie L. Winslow*
Natalie L. Winslow, Esq.
Nevada Bar No. 12125
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
natalie.winslow@akerman.com
*Attorneys for Defendant BBVA USA, erroneously sued as BBVA USA Bancshares, Inc.*

Dated: January 6, 2021

**KRAVTIZ, SCHNITZER & JOHNSON**

*/s/ Gary E. Schnitzer*
Gary E. Schnitzer, Esq.
Nevada Bar No. 395
8985 S. Eastern Avenue, Suite 200
Las Vegas, NV 89123
gschnitzer@ksjattorneys.com
*Attorney for PHH Mortgage Corporation*

Dated: January 6, 2021

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

*/s/ Kevin F. Kieffer*
Kevin F. Kieffer, Esq.
Nevada Bar No. 7045
5 Park Plaza, Suite 1400
Irvine, CA 92614
Kevin.kieffer@troutman.com
*Attorney for PHH Mortgage Corporation*

### ORDER

Based on the parties' stipulation **[ECF No. 26]** and good cause appearing, IT IS HEREBY ORDERED that the claims against Defendant, BBVA USA, erroneously sued as BBVA USA Bancshares, Inc. are DISMISSED with prejudice, each side to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 6, 2021