Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL L. TRIGG, an individual;<br><br>Plaintiff;<br><br>v.<br><br>BBVA USA BANCSHARES, INC., a foreign corporation; PHH MORTGAGE CORPORATION, a foreign corporation; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company;<br><br>Defendants. | Case No.: 2:20-cv-01371-JAD-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANTS EXPERIAN INFORMATION SOLUTIONS, INC. AND TRANS UNION LLC WITH PREJUDICE**<br><br>ECF No. 31 |

Plaintiff, Michael L. Trigg ("Plaintiff"), and Defendants, Experian Information Solutions, Inc. ("Experian"), and Trans Union LLC ("Trans Union") (the "Parties") have resolved all claims, disputes, and differences between the Parties.

Therefore, the Parties, by and through their respective attorneys of record, and subject to the Court's approval, respectfully request dismissal of the above-captioned matter with prejudice

///

///

///

///

///

under FRCP 41(a) as to Experian and Trans Union, with Plaintiff, Experian and Trans Union bearing their own attorneys' fees and costs incurred in this action.

Respectfully Submitted.

Dated: April 8, 2021

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: April 8, 2021

**QUILLING SELANDER LOWNDS
WINSLETT & MOSER, P.C**

*/s/ Jennifer Bergh*
Jennifer Bergh, Esq.
Nevada Bar No. 14480
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
jbergh@qslwm.com
etijerina@qslwm.com
*Attorneys for Trans Union LLC*

Dated: April 8, 2021

**NAYLOR & BRASTER**

*/s/ Andrew J. Sharples*
Jennifer L. Braster, Esq.
Nevada Bar No. 9982
Andrew J. Sharples, Esq.
Nevada Bar No. 12866
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
jbraster@nblawnv.com
asharples@nblawnv.com

Katherine A. Neben, Esq.
Nevada Bar No. 14590
**JONES DAY**
3161 Michelson Drive, Suite 800
Irvine, CA 92612
kneben@jonesday.com

*Attorneys for Experian Information Solutions, Inc.*

**ORDER**

**Based on the parties' stipulation [ECF No. 31] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: April 15, 2021